UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FRANCES BOISVERT AND DONALD BOISVERT,<br><br>    Plaintiffs,<br><br>v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, MICHAEL KENT, M.D., ARMIN ERNST, M.D., BELLA MIKHAILOV, RN AND UNNAMED BIDMC EMPLOYEE CAREGIVERS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 11-CV-00279<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

  **NOW COME** the Plaintiffs, Frances Boisvert and Donald Boisvert, and the defendants, Beth Israel Deaconess Medical Center, Michael Kent, M.D., Armin Ernst, M.D., Bella Mikhailov, R.N., and Unnamed BIDMC Employee Caregivers and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims, cross-claims or counterclaims which were or could have been brought in this action are dismissed with prejudice, without interest and costs, and with all rights of appellate review waived.

| | |
|---|---|
| **FRANCES BOISVERT AND DONALD BOISVERT,** | **BETH ISRAEL DEACONESS MEDICAL CENTER, MICHAEL KENT, M.D., ARMIN ERNST, M.D. BELLA MIKHAILOV, R.N. and UNNAMED BIDMC EMPLOYEE CAREGIVERS,** |
| By their attorney, | By their attorney, |
| /s/ Richard E. Fradette<br>Richard E. Fradette, NH Bar No. 884<br>Beliveau, Fradette, Doyle & Gallant, PA<br>91 Bay Street, P.O. Box 3150<br>Manchester, NH 03105-3150<br>(603) 623-1234<br>Rick@beliveau-fradette.com | /s/ Vincent P. Dunn<br>Vincent P. Dunn, NH Bar No. 7883<br>Hamel, Marcin, Dunn & Reardon, P.C.<br>24 Federal Street, 11th Floor<br>Boston, Massachusetts 02110<br>(617) 482-0007<br>vdunn@hmdrlaw.com |

DATE:  January 3, 2012

## CERTIFICATE OF SERVICE

I, Vincent P. Dunn, hereby certify that I have served all counsel of record via the Court's ECF system on this 3rd day of January 2012.   /s/  Vincent P. Dunn